UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80168-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GEORGE ANTHONY, III**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 36].  On April 11, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 33] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 3] pursuant to a written plea agreement and factual proffer [ECF Nos. 34, 35].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 3].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 36] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **George Anthony, III** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 23-80168-CR-CANNON

3. Defendant **George Anthony, III** is adjudicated guilty of Count 1 of the Indictment which charges him with, attempting to evade or defeat tax, in violation of Title 18 U.S.C. § 1343 [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of April 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record