**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80168-CR-CANNON**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**GEORGE ANTHONY, III**,

      Defendant.

_____/

**ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR**
**PERMISSION TO TRAVEL OUT OF COUNTRY**

**THIS CAUSE** comes before the Court upon Defendant George Anthony, III's Renewed Motion for Permission to Travel Out of Country [ECF No. 54].   Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   Defendant is permitted to travel to Colombia, from November 30, 2024, through December 14, 2024, as specified in the Motion.   Defendant shall comply with all requirements imposed by the U.S. Probation Officer regarding his travel.   U.S. Probation is advised to notify the Court of any issues of non-compliance expeditiously so the Court may take appropriate action.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of November 2024.

                         **AILEEN M. CANNON**
                         **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
         U.S. Probation Office